UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO:

RICARDO RAMOS,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

## **NOTICE OF REMOVAL**

Defendant, University of Miami ("UM"), through counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division, and states:

1. Plaintiff, Ricardo Ramos, filed this action on January 31, 2020, serving process on UM on May 13, 2021. Copies of the Summons and Complaint are included in **Composite Exhibit 1**.

2. Plaintiff alleges employment discrimination, asserting claims under the Family and Medical Leave Act ("FMLA") (Count I), the American with Disabilities Act as amended ("ADA") (Counts II, V), and the Florida Civil Rights Act ("FCRA") (Counts III-IV). Therefore, this case satisfies 28 U.S.C. §§ 1331 and 1367, as the Court has original jurisdiction over the claims arising under the FMLA (29 U.S.C. § 2601, *et seq*.), and the ADA (42 U.S.C. § 12101, *et seq*.), and supplemental jurisdiction over the claims arising under the FCRA (Fla. Stat. § 760.01, *et seq*.).

3. This Notice of Removal is timely because it has been filed within thirty (30) days of UM's receipt of a copy of the initial pleading setting forth the claims upon which the action is based.

4.     Included in Exhibit 1 are copies of all process, pleadings, and orders served upon UM in this action, as well as the other filings available via the State Court's online docket system.

5.     By agreement, UM's response to the Complaint is due by June 22, 2021 (see state court's Order setting deadline).

6.     By filing this Notice of Removal, UM does not waive any defenses, or concede that Plaintiff has stated any claim upon which relief can be granted.

7.     A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and notice of it will be served on Plaintiff's counsel.

Respectfully submitted,

By: *s/Eric Hernandez*
Eric A. Hernandez
Fla. Bar No. 340730
Hernandez Lee Martinez, LLC
P.O. Box 531029 (mailing address only)
Miami, FL 33153
(305) 842-2101
eric@hlmlegal.com